UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR, <br><br> Plaintiff, <br><br> v. <br><br> THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*, <br><br> Defendants. | Case No. C22-724-RSL-MLP <br><br> REPORT AND RECOMMENDATION |

Plaintiff John Demos, Jr., a state prisoner, has submitted to the Court for filing an application to proceed *in forma pauperis* ("IFP") and a document which he identifies as a "Motion to Intervene." (*See* dkt. ## 1, 1-1.) Plaintiff indicates in his motion that he is seeking to intervene in an ongoing class action lawsuit filed by Washington Department of Corrections' ("DOC") inmates against the DOC alleging negligence in the handling of COVID-19. (Dkt. # 1-1 at 2.) Plaintiff does not identify in his pleading the court in which that action was filed or the case number of that pending action. Plaintiff is advised that if he wishes to intervene in a pending action, the appropriate procedure would be to present his request in that action. However,

REPORT AND RECOMMENDATION
PAGE - 1

because Plaintiff has presented his materials to this Court as a new action, the Court will review them as such.

Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). Because of Plaintiff's history as an abusive litigant, he is permitted to submit only three IFP applications and proposed actions each year in this Court. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982). Plaintiff has already exceeded this annual limit. *See, e.g.*, *Demos v. Wash. State Dep't of Corr.*, 2:22-cv-00507-JCC (W.D. Wash.); *Demos v. Wash. State Dep't of Corr.*, 2:22-cv-00502-LK (W.D. Wash.); *Demos v. State of Wash., et al.*, 2:22-cv-00489-RSM (W.D. Wash.); *Demos v. Satterberg*, 2:22-cv-00271-JHC (W.D. Wash.). Plaintiff is therefore precluded from proceeding with this action.

Based on the foregoing, this Court recommends that Plaintiff's complaint (dkt. # 1-1) and this action be dismissed without prejudice, and that Plaintiff's IFP application (dkt. # 1) be denied as moot. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed

REPORT AND RECOMMENDATION
PAGE - 2

within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 15, 2022**.

Dated this 17th day of June, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 3